# EXHIBIT D

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
 2                       NORFOLK DIVISION

 3

 4    - - - - - - - - - - - - x

 5   DAVID GRIZZARD,              :

 6            Plaintiff,           :

 7   v.                            :   Case No.:
                                          2:21-cv-00469
 8                                 :
     LG CHEM, LTD.; and DOES
 9   1-50,                         :

10            Defendants.          :

11    - - - - - - - - - - - - x

12

13            CONFIDENTIAL BUSINESS INFORMATION

14               SUBJECT TO PROTECTIVE ORDER

15

16             Deposition of LG CHEM LTD.

17        By and through its Corporate Designee

18                      HWI JAE LEE

19               Friday, August 26, 2022

20                     8:26 a.m. KST

21

22

23   Job No.:  461026

24   Pages:  1 - 49

25   Reported By:  Kadi A. Harmon
```

| | | |
|---|---|---|
| 1 | sales, this would be where LG Chem is the | 08:58:29 |
| 2 | officially listed shipper, that it is the sender | 08:58:32 |
| 3 | of its products, whereby it ships or sends its | 08:58:36 |
| 4 | products to its customers, and that would | 08:58:41 |
| 5 | constitute authorized sales. | 08:58:45 |
| 6 |     Q  Okay. And can you tell me what an | 08:58:47 |
| 7 | unauthorized sale might be? | 08:58:51 |
| 8 |     MS. HEDLEY: I'm going to object that the | 08:58:54 |
| 9 | question is vague and ambiguous. | 08:58:57 |
| 10 |     A  So I would speculate that unauthorized | 08:59:13 |
| 11 | sales would pertain to the sales of our products | 08:59:17 |
| 12 | through other means, other than what we officially | 08:59:21 |
| 13 | use in an authorized capacity. By that, I mean | 08:59:26 |
| 14 | that where our products are officially shipped out | 08:59:30 |
| 15 | and sent out from our manufacturing facilities. | 08:59:34 |
| 16 | But it's hard for me to give you a description of | 08:59:37 |
| 17 | what would constitute unauthorized activity | 08:59:39 |
| 18 | because by definition, these are not authorized by | 08:59:44 |
| 19 | us, so we wouldn't know exactly what those are. | 08:59:48 |
| 20 |     Q  Would you characterize the sale of an LG | 08:59:53 |
| 21 | battery by a Virginia retailer or distributor of | 08:59:57 |
| 22 | electronic cigarettes as an unauthorized sale? | 09:00:04 |
| 23 |     MS. HEDLEY: Objection, vague. | 09:00:09 |
| 24 |     A  Yes. I would think these are unauthorized | 09:00:18 |
| 25 | sales. Because at the company, at LG Chem, it | 09:00:29 |

| | | |
|---|---|---|
| 1 | is -- we are prohibited from selling our products | 09:00:32 |
| 2 | for use in e-cigarettes as standalone cells and | 09:00:35 |
| 3 | that is not something that we would get approval | 09:00:42 |
| 4 | for, so that's why we consider these to be | 09:00:46 |
| 5 | unauthorized. | 09:00:49 |
| 6 | Q  Okay.  And you mentioned a little while | 09:00:50 |
| 7 | ago that one of the documents you had reviewed | 09:00:51 |
| 8 | was -- were letters that LG Chem had sent to | 09:00:52 |
| 9 | various retailers and distributors in Virginia; is | 09:00:57 |
| 10 | that correct? | 09:01:01 |
| 11 | MS. HEDLEY:  Objection.  Misstates | 09:01:01 |
| 12 | testimony. | 09:01:11 |
| 13 | A  Yes. | 09:01:11 |
| 14 | (Reporter clarification.) | 09:01:47 |
| 15 | Q  So I'm going to put in the chat what I'll | 09:01:47 |
| 16 | call Exhibit 4, although it is labeled as | 09:01:54 |
| 17 | Exhibit 6.  And I'll say that these are letters | 09:01:58 |
| 18 | that we received from LG Chem along with their | 09:02:01 |
| 19 | production of documents that are the letters we | 09:02:05 |
| 20 | were just speaking about. | 09:02:12 |
| 21 | (Whereupon Exhibit 4 was marked for | |
| 22 | identification.) | 09:02:25 |
| 23 | A  Okay. | 09:02:25 |
| 24 | Q  And can you see these letters on my screen | 09:02:27 |
| 25 | right now, Mr. Lee? | 09:02:30 |

| | | |
|---|---|---|
| 1 | 18650 lithium-ion batteries there, in a warehouse, | 10:14:39 |
| 2 | for instance? | 10:14:43 |
| 3 |    A  No. | 10:14:50 |
| 4 |    Q  And has LG Chem ever employed anybody in | 10:14:51 |
| 5 | the state of Virginia during the relevant time | 10:14:57 |
| 6 | period? | 10:15:00 |
| 7 |    A  No. | 10:15:00 |
| 8 |    Q  Okay. If you wouldn't mind, if everybody | 10:15:01 |
| 9 | wouldn't mind, I'd like to take a briefer break, | 10:15:08 |
| 10 | about 10 minutes. I just want to go over my notes | 10:15:17 |
| 11 | and the contents of the deposition so far and see | 10:15:27 |
| 12 | if I've missed anything. And when we come back, I | 10:15:29 |
| 13 | may have more questions, but I hope that I won't | 10:15:31 |
| 14 | have any and I can let you all go. | 10:15:32 |
| 15 |    A  Okay. | 10:15:32 |
| 16 |    MR. CROSS: Okay. Is that acceptable to | 10:15:34 |
| 17 | everyone, to you, Rachel? | 10:15:37 |
| 18 |    MS. HEDLEY: Yes. Thank you, Will. 9:25. | 10:15:38 |
| 19 |    MR. CROSS: Perfect. | |
| 20 |    MS. HEDLEY: Or for me, 9:25. | 10:15:46 |
| 21 |    (A recess was taken.) | 10:15:50 |
| 22 |    Q  All right. Mr. Lee, I only have a few | 10:27:24 |
| 23 | more questions for you here and then I'll let you | 10:27:26 |
| 24 | go. | 10:27:31 |
| 25 |    I just want to know: Did LG Chem ever | 10:27:31 |

| | | |
|---|---|---|
| 1 | distribute any LG Chem 18650 lithium-ion batteries | 10:27:34 |
| 2 | to anywhere else in the United States through a | 10:27:38 |
| 3 | Virginia port or airport, to your knowledge? | 10:27:41 |
| 4 |     MS. HEDLEY:  Objection.  Beyond the scope | 10:27:45 |
| 5 | to the extent it's not date limited. | 10:27:47 |
| 6 |     MR. CROSS:  Let me qualify that. | 10:27:51 |
| 7 |   Q  Within the relevant time period? | 10:27:53 |
| 8 |   A  No. | 10:28:15 |
| 9 |   Q  So it would be true to say LG Chem never | 10:28:17 |
| 10 | shipped a single 18650 lithium-ion cell to or | 10:28:26 |
| 11 | through a Virginia port or airport?  I just want | 10:28:31 |
| 12 | to make sure I have that correct. | 10:28:35 |
| 13 |     MS. HEDLEY:  Same objection.  Beyond | 10:28:37 |
| 14 | scope.  The question is not date limited. | 10:28:39 |
| 15 |     MR. CROSS:  And again -- my apologies, | 10:28:43 |
| 16 | Madam Translator -- that would be during the | 10:28:47 |
| 17 | relevant time period. | 10:28:50 |
| 18 |   A  So yes, that would be correct to say, | 10:28:58 |
| 19 | within that time frame. | 10:29:02 |
| 20 |     MR. CROSS:  Okay.  That's all I have | 10:29:04 |
| 21 | today.  So I'm done with the deposition.  And I | 10:29:07 |
| 22 | will let you all go, unless there's anything | 10:29:12 |
| 23 | further, we can go off the record. | 10:29:17 |
| 24 |     Rachel, do you object? | 10:29:20 |
| 25 |     MS. HEDLEY:  No.  I don't have any | 10:29:20 |

```
 1   CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
 2
 3       I, Kadi A. Harmon, the officer before whom the
 4   foregoing proceedings were taken, do hereby
 5   certify that the foregoing transcript is a true
 6   and correct record of the proceedings; that said
 7   proceedings were taken by me stenographically and
 8   thereafter reduced to typewriting under my
 9   supervision; that review was not requested; and
10   that I am neither counsel for, related to, nor
11   employed by any of the parties to this case and
12   have no interest, financial or otherwise, in its
13   outcome.
14       IN WITNESS WHEREOF, I have hereunto set my hand
15   and affixed my notarial seal this 26th day of
16   August, 2022.
17
18
19   My commission expires:
20   December 18, 2022
21
22   _____
23
24   NOTARY PUBLIC IN AND FOR THE
25   STATE OF NEW YORK
```