# EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

DAVID GRIZZARD,

      Plaintiff,

    vs.     CASE NO.: 2:21-cv-00469

LG CHEM, LTD.; DOES 1-50,

      Defendants.

VIDEOTAPED TELECONFERENCE

DEPOSITION OF:  DAVID GRIZZARD

DATE:          August 30, 2022

TIME:          10:09 a.m.

LOCATION:      Zoom

TAKEN BY:      Counsel for the Defendants

REPORTED BY:    Roxanne Easterwood, RPR

VIDEOGRAPHER:   Darren Carrera

1  described in your complaint.  Do you understand

2  that's why we're here?

3          A.   Yes, ma'am.

4          Q.   Can you tell me, where did you

5  purchase the batteries that are involved in this

6  lawsuit?

7          A.   I purchased them in Emporia, Virginia,

8  at a location called "The Fog Shop and Lounge."

9          Q.   Did you say "The Fog Shop and Lounge"?

10         A.   Yes, ma'am.

11         Q.   And when did you purchase the

12  batteries?

13         A.   February of 2018.

14         Q.   Who sold the batteries to you?

15         A.   The guy working at the store.

16         Q.   So it was an employee at The Fog Shop?

17         A.   It was an employee, yes, ma'am.

18         Q.   But you do not recall this person's

19  name?

20         A.   No, ma'am.

21         Q.   Is that the only time you purchased

22  batteries from The Fog Shop?

23         A.   Batteries, yes.

24         Q.   And is that the only time you

25  purchased batteries from that particular employee?

1    A.    Yes.

2    Q.    So you said batteries, yes.  Were

3    there other materials that you purchased from The

4    Fog Shop?

5    A.    The liquid for vapes, yes.

6    Q.    And were the batteries used with a

7    vaping device?

8    A.    Yes.

9    Q.    And did you purchase that vaping

10   device also at The Fog Shop?

11   A.    Yes.

12   Q.    Did you purchase the batteries

13   together with the vaping device, or was it a

14   separate purchase?

15   A.    Together.

16   Q.    Together.  Did they all come in the

17   same box or package, or did you buy the device and

18   then the batteries as a separate item?

19   A.    The batteries were separate from the

20   device.

21   Q.    Now, when you bought the batteries, do

22   you recall how many batteries you bought at that

23   time?

24   A.    I bought four.

25   Q.    And did they all look the same?

1          A.    Yes, ma'am.

2          Q.    And were all four involved in your

3     incident?

4          A.    No, ma'am.

5          Q.    How many of the batteries were

6     involved in your incident?

7          A.    Two of them.

8          Q.    When you purchased the batteries, what

9     kind of packaging were they in?

10         A.    A plain, white box.

11         Q.    And were they packaged one to a box or

12    more than one to a box?

13         A.    One to a box.

14         Q.    So when you purchased the batteries,

15    you purchased four small white boxes; is that

16    correct?

17         A.    Yes, ma'am.

18         Q.    And you said plain.  Does that mean

19    the boxes had no writing on them?

20         A.    No writing whatsoever.

21         Q.    Okay.  When you purchased the

22    batteries, did you receive any paperwork, such as

23    a receipt or instructions, or any other

24    information about the batteries themselves?

25         A.    No, ma'am.

1    Q.   So you did not receive any information

2  that identified who manufactured the batteries?

3    A.   No, ma'am.

4    Q.   And you did not receive any

5  information to show you who sold the batteries to

6  The Fog Shop?

7    A.   No, ma'am.

8    Q.   Was there any words or markings on the

9  batteries themselves?

10   A.   No, ma'am.

11   Q.   So nothing on the actual batteries

12  that would tell you who manufactured it; is that

13  correct?

14   A.   Correct.

15   Q.   Do you recall what the batteries

16  looked like?  Were they a particular color?

17   A.   They were brown.

18   Q.   And I think you said they all were the

19  same type; is that correct?

20   A.   Yes, ma'am.

21   Q.   So they were all brown, and they had

22  no markings, and they were sold in plain, white

23  boxes; is that correct?

24   A.   Yes -- yes, ma'am.

25   Q.   Okay.  Now, before you filed this

1   lawsuit, had you ever heard of a company called LG

2   Chem, Limited?

3          A.   No, ma'am.

4          Q.   Between the dates of

5   August 20th, 2015, and August 20th, 2019, did you

6   ever visit LG Chem, Limited's website?

7          A.   No, ma'am.

8          Q.   During that same time period, then, is

9   it fair to say that you did not purchase any

10  batteries from LG Chem, Limited?

11         A.   Yes, ma'am.  I did not.

12         Q.   And for that same time period, between

13  August 20th, 2015, and August 20th of 2019, did

14  you communicate, you personally communicate, with

15  anyone front LG Chem, Limited, whether by phone or

16  email or letter or website?

17         A.   No, ma'am.

18         Q.   Okay.  Now I would like to pull up the

19  first document, which is the first amended

20  complaint in this matter.

21         A.   Okay.

22         Q.   It will be on our screen.  And bear

23  with us one second to pull that up.

24              MS. HEDLEY:  Great.  Thank you.

25              (Exhibit 1, First Amended Complaint,

1    ain't all that great.  Okay.

2         Q.   And do you see it says:  "On or around

3    2019, plaintiff purchased the subject batteries in

4    Virginia"?

5         A.   Yes, ma'am.

6         Q.   Do you see that?  And did I read that

7    correctly?

8         A.   Say what now?

9         Q.   Did I read correctly what it says in

10   Paragraph 44?

11        A.   Yes, ma'am.

12        Q.   Thank you.  Did I understand you now

13   believe the date of purchase was actually earlier,

14   in 2018; is that correct?

15        A.   Correct.  I went back through my bank

16   records.

17        Q.   I see.  You anticipated my next

18   question, which was to ask how -- how you came to

19   that understanding.

20        A.   Yes.

21        Q.   Thank you.

22             MS. HEDLEY:  And if we can now flip to

23   page -- the first page in Paragraph 3.

24   BY MS. HEDLEY:

25        Q.   If you could please look at that

1    Paragraph 3, where it says:  "Mr. Grizzard

2    purchased and used the subject batteries in

3    Capron, Virginia."

4              Do you see that?

5         A.   Yes, ma'am.

6         Q.   But I understand you now believe that

7    you purchased them in Emporia, Virginia; is that

8    correct?

9         A.   Yes, they were purchased in Emporia.

10        Q.   I understand.  And Emporia is fairly

11   nearby to Capron; is that correct?

12        A.   Yeah.  It's 20 minutes down the road.

13        Q.   I understand.  But is it still correct

14   that you used the batteries in Capron, Virginia?

15        A.   Yes, ma'am.

16        Q.   Okay.  Thank you.

17             MS. HEDLEY:  That's all I have on that

18   one.  And I'd like to pull up two documents, and

19   we'll start first with the answers to the

20   interrogatories.  I think that's the -- thank you.

21             (Exhibit 2, Answers to Interrogatories,

22   Retained by Attorney Hedley, marked for

23   identification.)

24   BY MS. HEDLEY:

25        Q.   So could you please take a look at

1    are correct; is that true?

2          A.   Yes, ma'am.

3          Q.   As you sit here today, do you have any

4    new or different information that responds to the

5    questions in this document?

6          A.   No, ma'am.

7          MS. HEDLEY:   Okay.  Now if we could go

8    back to Exhibit Number 2 and turn to the question

9    marked Interrogatory Number 3.  Let's make that a

10   little bit bigger.  Great.

11   BY MS. HEDLEY:

12         Q.   Can you see that, sir?

13         A.   Yes.

14         Q.   Question 3 asks:  "Please identify any

15   information or evidence you have that LG Chem

16   sold, shipped, distributed, supplied, or

17   advertised any 18650 lithium ion battery cells

18   into or within the Commonwealth of Virginia during

19   the time period August 20th, 2015, through

20   August 20th, 2019."

21              Have I read that correctly?

22         A.   Yes.

23         Q.   And the response lists three parts of

24   information.  It directs LG Chem, by way of

25   response to the first amended complaint, which we

1   reviewed as Exhibit 1, to the response in

2   opposition to LG Chem, Limited's motion to dismiss

3   the first amended complaint, and Appendixes A and

4   B to the declaration of Nickie Bonenfant that were

5   submitted with that plaintiff's response in

6   opposition.

7           Do you see those answers?

8       A.   Yes, ma'am.

9       Q.   Other than these documents, you have

10  no other information or evidence that responds to

11  Question Number 3; is that correct?

12      A.   Correct.

13          MS. HEDLEY:  Now if we could move on

14  to Question Number 4.  I think this covers over

15  two pages.  Scroll down a little bit more so we

16  can see -- oh, we can't.

17  BY MS. HEDLEY:

18      Q.   Okay.  So let's start on Question

19  Number 4.  Can you see that, sir?

20      A.   Yes, ma'am.

21      Q.   So it says -- I'm going to read.  It

22  says:  "For the incident cell, please provide

23  information regarding the date of purchase, the

24  payment method, the vape store from which you

25  purchased the product, the person from whom you or

1    the -- this particular shop on other occasions; is

2    that correct?

3            A.    Yes, ma'am.

4            Q.    And do you see the entry where it

5    says:  "Point of sale withdrawal," and the name of

6    the store is given as "The Fog Shop"; is that --

7            A.    Yes, ma'am.

8            Q.    And is it your understanding that is

9    the name of the shop where you purchased these

10   batteries?

11           A.    Yes, ma'am.

12           Q.    At the time you purchased them, I

13   believe you said they had no markings to indicate

14   who was the manufacturer; is that correct?

15           A.    Yes, ma'am.

16           Q.    So at the time you purchased them, you

17   did not know the brand of the manufacturer; is

18   that correct?

19           A.    That is correct.

20           Q.    So you don't know, then, about where

21   The Fog Shop got the batteries that The Fog Shop

22   sold to you; is that correct?

23           A.    I have no clue where they came from.

24           Q.    Okay.  Thank you.  I've just got a few

25   more questions.

1                    CERTIFICATE OF REPORTER

2

3            I, Roxanne M. Easterwood, Registered

4    Professional Reporter and Notary Public for the

5    State of South Carolina at Large, do hereby

6    certify that the foregoing transcript is a true,

7    accurate, and complete record.

8            I further certify that I am neither

9    related to nor counsel for any party to the cause

10   pending or interested in the events thereof.

11           Witness my hand, I have hereunto

12   affixed my official seal this 30th day of August

13   2022 at Charleston, Charleston County, South

14   Carolina.

15

16

17

18

19

20

21
     <%21897,Signature%>
22

23                   _____
                     Roxanne M. Easterwood, RPR
24                   My Commission expires
                     February 1, 2025
25